

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00094-CV

**BEVERLY RANDALL-STEPHENS
AND BEVERLY RANDALL-STEPHENS
D/B/A SUPERIOR CARE FUNERAL SERVICES,**

**Appellants**

**v.**

**STEPHEN BARNES,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 106221

## MEMORANDUM OPINION

Beverly Randall-Stephens filed a notice of appeal in this Court on April 8, 2022. By letter dated, May 12, 2022, the Clerk of this Court warned Appellant that the appeal would be dismissed without further notification unless, within 21 days from the date of the letter, a docketing statement was filed. No docketing statement was received and filed.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(b).


STEVE SMITH
Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Appeal dismissed
Opinion delivered and filed June 15, 2022
[CV06]

